# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In the matter of the<br><br>MERIE SUE WILSON TRUST | Case No. 3:09-CV-00311-LRH(VPC)<br><br>STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AS TO KEVIN P. BONICAMP |

IT IS HEREBY STIPULATED by and between Petitioner Kevin P. Bonicamp, in *pro per*, and defendants Wells Fargo Bank, N.A. ("Wells Fargo"), by its attorney S. Paul Edwards of Lewis and Roca LLP, Merie Sue Wilson ("Wilson"), by her attorney James R. Hales of Rowe & Hales, LLP, and the Merie Sue Wilson Trust ("Wilson Trust"), by its attorney J. Douglas Clark of J. Douglas Clark, Ltd., that the Amended Petition for Court to Assume Jurisdiction, and all claims and causes of action expressed therein, shall be and hereby are dismissed by Petitioner Kevin P. Bonicamp, with prejudice, as against Wells Fargo, Merie Sue Wilson and the Merie Sue Wilson Trust, according to the terms of the parties' Settlement Agreement and Release of All Claims. No trial date has been set in this case.

Dated this 31 day of August, 2010.

Kevin P. Bonicamp

By: _____
KEVIN P. BONICAMP

*Pro Per Plaintiff*

Dated this ___ day of August, 2010.

LEWIS AND ROCA LLP

By: /s/ S. Paul Edwards
PAUL A. MATTEONI, ESQ.
PAUL EDWARDS, ESQ.

*Attorneys for Defendant Wells Fargo Bank, N.A., acting co-Trustee of the Merie Sue Wilson Trust*

-1-

DATED this 26th day of August, 2010.

ROWE & HALES, LLP

By: /s/ James R. Hales
JAMES R. HALES, ESQ.

*Attorneys for Merie Sue Wilson, individually and as acting co-Trustee of the Merie Sue Wilson Trust*

DATED this 26th day of August, 2010.

J. DOUGLAS CLARK, LTD.

By: /s/ J. Douglas Clark
J. DOUGLAS CLARK, ESQ.

*Attorneys for The Merie Sue Wilson Trust*

ORDER

IT IS SO ORDERED.

DATED this 9th day of September, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE